EASTERN AIR LINES, INC. *v.* MAHFOUD ON BEHALF OF MAHFOUD ET AL.

No. 83–1807.  Argued January 15, 1985—Reargued October 9, 1985—Decided December 10, 1985

*Richard M. Sharp* reargued the cause for petitioner. With him on the briefs were *Jeffrey C. Martin, Suzanne E. Meeker, Francis G. Weller,* and *Marc J. Yellin.*

*George E. Farrell* reargued the cause and filed a brief for respondent.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE BRENNAN took no part in the decision of this case.

---

*\*Juanita M. Madole* and *Donald W. Madole* filed a brief for Dina Avecilla et al. as *amici curiae* urging affirmance.